**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 09-2258**

———————————

MICHAEL CORNELIUS,

                    Plaintiff – Appellant,

          v.

COLUMBIA, CITY OF, South Carolina,

                    Defendant – Appellee.

———————————

**No. 09-2264**

———————————

MICHAEL CORNELIUS,

                    Plaintiff – Appellant,

          v.

COLUMBIA, CITY OF, Columbia, SC,

                    Defendant – Appellee.

———————————

Appeals from the United States District Court for the District of South Carolina, at Columbia.  Matthew J. Perry, Jr., Senior District Judge.  (3:08-cv-02508-MJP-PJG; 3:06-cv-03215-MJP)

———————————

Submitted:  September 14, 2010        Decided:  October 29, 2010

———————————

Before GREGORY and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

No. 09-2258 dismissed; No. 09-2264 affirmed by unpublished per curiam opinion.

---

Michael Cornelius, Appellant Pro Se.  William Allen Nickles, III, Carl Lewis Solomon, GERGEL, NICKLES & SOLOMON, Columbia, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Michael Cornelius seeks to appeal the district court's September 28, 2009 order granting in part Defendant's motion to strike (No. 09-2258) and appeals the court's September 30, 2009 order adopting the recommendation of the magistrate judge and granting summary judgment to Defendant in Cornelius's civil action alleging age discrimination (No. 09-2264).

This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-47 (1949). The September 28 order is neither a final order nor an appealable interlocutory or collateral order. We therefore dismiss the appeal in No. 09-2258 for lack of jurisdiction and deny Cornelius's pending motion for a transcript at government expense.

In No. 09-2264, we have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cornelius v. City of Columbia, No. 3:06-cv-03215-MJP (D.S.C. filed Sept. 29, 2009; entered Oct. 1, 2009). We deny the pending motion for a transcript at government expense.

3

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

No. 09-2258 <u>DISMISSED</u>
No. 09-2264 <u>AFFIRMED</u>